William Hurley, Appellant, v. Edward Zimbon and Steve Miller, Appellees.

Gen. No. 44,624.

opinion filed January 24, 1949; rehearing denied February 4, 1949; released for publication February 4, 1949. Clarence W. Shaver, for appellant; Louis E. Levinson, of counsel; Lipman, Lochtan & Wolfe, for appellees; Bernard B. Wolfe and Philip Appel, of counsel. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.

Caroline Agnes Turvey, Appellee, v. George E. Turvey, Appellant.

Gen. No. 44,528.

opinion filed January 24, 1949; released for publication February 4, 1949. Peter D. Giachini, Alphonse Cerza and Robert J. Ley, for appellant; Robert C. Cross, of counsel; Daniel A. Costigan, for appellee; Richard J. Gleason, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.